[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUGUST 9, 2005
THOMAS K. KAHN
CLERK

No. 03-14815

D. C. Docket No. 02-00017-CR-FTM-29-DNF

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARK LEE FOREMAN,

Defendant-Appellant.

Appeal from the United States District Court
for the Middle District of Florida

**(August 9, 2005)**

Before TJOFLAT, PRYOR and ALARCON*, Circuit Judges.

_____
*Honorable Arthur L. Alarcon, United States Circuit Judge for the Ninth Circuit, sitting by designation.

PER CURIAM:

**AFFIRMED.  <u>See</u> 11th Cir. R. 36-1.**[1]

---

[1] 11th Cir. R. 36-1 provides:

When the court determines that any of the following circumstances exist:

    (a)  judgment of the district court is based on findings of fact that are not clearly erroneous;

    (b)  the evidence in support of a jury verdict is sufficient;

    (c)  the order of an administrative agency is supported by substantial evidence on the record as a whole;

    (d)  summary judgment, directed verdict, or judgment on the pleadings is supported by the record;

    (e)  judgment has been entered without a reversible error of law; and an opinion would have no precedential value, the judgment or order may be affirmed or enforced without opinion.